AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   CALIFORNIA

**APPEARANCE**

Case Number: 08mj0771

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MARIO AVILA-VEGA

I certify that I am admitted to practice in this court.

| 3/12/2008 | /s/ ERICK L. GUZMAN |
|---|---|
| Date | Signature |
|  | Erick L. Guzman/Federal Defenders of SD — 244391 |
|  | Print Name / Bar Number |
|  | 225 Broadway, Suite 900 |
|  | Address |
|  | San Diego, CA  92101 |
|  | City / State / Zip Code |
|  | (619) 234-8467   (619) 687-2666 |
|  | Phone Number / Fax Number |